THE PEOPLE OF THE STATE OF ILLINOIS, Appellee, v. DEWITT WATKINS, Appellant.

(Nos. 54052-3;

First District—November 5, 1970.

*Rehearing denied January 15, 1971.*

Opinion by Mr. PRESIDING JUSTICE DEMPSEY.

Kenneth L. Gillis and E. James Gildea, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (James W. Reilly, Assistant State's Attorney, of counsel,) for the People.